

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Geraldine Abasta, an individual, on behalf of herself, and on behalf of all persons similarly situated | Civil Action No.   23-cv-782-JO-DEB |
| **Plaintiff,** | |
| V. | |
| HealthPro Heritage, LLC.,a South Carolina limited liability company; HealthPro Heritage at Home, LLC., an Oklahoma limited liability company; New Life Physical Therapy Services, P.C., a California Corporation; New Life Physical Therapy Services San Diego, Inc., a California Corporation; Does 1-50, Inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated on the record at the oral argument, the Court Denies the Motion to Remand and Grants the Motion to Compel Arbitration. The Clerk of the Court is instructed to close the case.

**Date:** _____8/16/23_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Quinata
_____
M. Quinata, Deputy